1  ADRIENNE C. PUBLICOVER (SBN: 161432)
   Email:adrienne.publicover@wilsonelser.com
2  LAURA E. FANNON (SBN: 111500)
   Email: laura.fannon@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP**
4  525 Market Street – 17th Floor
   San Francisco, California 94105-2725
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
7  Attorneys for Defendant
   LIFE INSURANCE COMPANY OF
8  NORTH AMERICA

   MICHELLE L. ROBERTS (SBN: 239092)
   Email: michelle@ssrlawgroup.com
   CASSIE SPRINGER (SBN: 221506)
   Email: cassie@ssrlawgroup.com
   **SPRINGER-SULLIVAN & ROBERTS
      LLP**
   410 – 12th Street, Suite 325
   Oakland, CA 94607
   Telephone:    (510) 992-6130
   Facsimile:    (510) 280-7564

   Attorneys for Plaintiff,
   MITZIE HUNTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Mitzie Hunter,<br><br>              Plaintiff,<br>    vs.<br><br>Life Insurance Company of North America,<br><br>              Defendant, | Case No.: 4:13-cv-00400-PJH<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER**<br><br>**FED. R. CIV. P. 41(a)(1)** |

**TO THE CLERK OF THE COURT, THE HONORABLE PHYLLIS J. HAMILTON, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff Mitzie Hunter and Defendant Life Insurance Company of North America ("LINA") have reached a resolution of this matter. The Parties agree that this matter shall be and hereby is dismissed in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own attorneys' fees and costs.

/ / /

**IT IS SO AGREED AND STIPULATED.**

SPRINGER-SULLIVAN & ROBERTS LLP

Dated: April 30, 2013        By:    /s/
                                                  Michelle L. Roberts
                                                  Attorneys for Plaintiff

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Dated: April 30, 2013        By:    /s/
                                                  Laura Fannon
                                                  Attorneys for Defendant LINA

# [~~PROPOSED~~] ORDER

The Court hereby dismisses this action with prejudice.

Dated:  4/30/13

_____
Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

# SIGNATURE ATTESTATION

I, Michelle L. Roberts, hereby attest that that I have obtained the concurrence in the filing of the document from the other signatory on this document.

Dated: April 30, 2013        SPRINGER-SULLIVAN & ROBERTS LLP

By: /s/ *Michelle L. Roberts*
Michelle L. Roberts, CA Bar No. 239092

STIPULATED DISMISSAL & PROPOSED ORDER
Case No.: 4:13-cv-00400-PJH