| | |
|---|---|
| ADRIENNE C. PUBLICOVER (SBN: 161432) | MICHELLE L. ROBERTS (SBN: 239092) |
| Email:adrienne.publicover@wilsonelser.com | Email: michelle@ssrlawgroup.com |
| LAURA E. FANNON (SBN: 111500) | CASSIE SPRINGER (SBN: 221506) |
| Email: laura.fannon@wilsonelser.com | Email: cassie@ssrlawgroup.com |
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **SPRINGER-SULLIVAN & ROBERTS LLP** |
| 525 Market Street – 17th Floor | 410 – 12th Street, Suite 325 |
| San Francisco, California 94105-2725 | Oakland, CA 94607 |
| Telephone: (415) 433-0990 | Telephone: (510) 992-6130 |
| Facsimile: (415) 434-1370 | Facsimile: (510) 280-7564 |
| Attorneys for Defendant | Attorneys for Plaintiff, |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | MITZIE HUNTER |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Mitzie Hunter,<br><br>      Plaintiff,<br>   vs.<br><br>Life Insurance Company of North America,<br><br>      Defendant, | Case No.: 4:13-cv-00400-PJH<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER**<br><br>**FED. R. CIV. P. 41(a)(1)** |

**TO THE CLERK OF THE COURT, THE HONORABLE PHYLLIS J. HAMILTON, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff Mitzie Hunter and Defendant Life Insurance Company of North America ("LINA") have reached a resolution of this matter. The Parties agree that this matter shall be and hereby is dismissed in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own attorneys' fees and costs.

/ / /

**IT IS SO AGREED AND STIPULATED.**

SPRINGER-SULLIVAN & ROBERTS LLP

Dated: April 30, 2013     By:  /s/
                               Michelle L. Roberts
                               Attorneys for Plaintiff

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Dated: April 30, 2013     By:  /s/
                               Laura Fannon
                               Attorneys for Defendant LINA

**[PROPOSED] ORDER**

The Court hereby dismisses this action with prejudice.

Dated: 4/30/13

_____
Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that that I have obtained the concurrence in the filing of the document from the other signatory on this document.

Dated: April 30, 2013     SPRINGER-SULLIVAN & ROBERTS LLP

By: /s/ *Michelle L. Roberts*
Michelle L. Roberts, CA Bar No. 239092

STIPULATED DISMISSAL & PROPOSED ORDER
Case No.: 4:13-cv-00400-PJH